

## BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas  78666
512/393-7660

**FILED**

*October 22, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

To:     Jeffrey D. Kyle
        Clerk, Court of Appeals
        Third District of Texas
        P. O. Box 12547
        Austin, Texas  78711-2547
        (Delivered via e-mail)

Re:     Appellate Court #03-14-00559-CR
        TC Cause # CR-13-0614
        Style:  State of Texas vs. Zane Barton


Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on October 16, 2015.


Beverly Crumley
District Clerk, Hays County


By: _____
     Kathy Orlowski, Deputy